FORM 8A. Entry of Appearance          Form 8A (p.1)
                                       July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## ENTRY OF APPEARANCE

**Case Number:** 2022-1556, 2022-1557

**Short Case Caption:** Oak Grove Technologies, LLC v. U.S.

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

| United States | |
|---|---|
| **Principal Counsel:** Joseph A. Pixley | Admission Date: |
| Firm/Agency/Org.: Department of Justice | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 307-0843 | Email: joe.pixley@usdoj.gov |
| **Other Counsel:** William J. Grimaldi | Admission Date: |
| Firm/Agency/Org.: Department of Justice | |
| Address: PO Box 480, Ben Franklin Station, Washington, DC 20044 | |
| Phone: (202) 616-0471 | Email: william.j.grimaldi@usdoj.gov |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 2/2/23          Signature: /s/ Joseph A. Pixley

                      Name:      Joseph A. Pixley

**FORM 8A. Entry of Appearance**                      Form 8A (p.2)
July 2020

## [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Michael Tregle | Admission Date: N/A |
|---|---|
| Firm/Agency/Org.: U.S. Army Legal Services Agency | |
| Address: 9275 Gunston Road, Suite 2100, Fort Belvoir, VA 22060-5546 | |
| Phone: (703) 693-1168 | Email: michael.r.tregle.mil@army.mil |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |
| **Other Counsel:** | Admission Date: |
| Firm/Agency/Org.: | |
| Address: | |
| Phone: | Email: |